IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | | |
|---|---|---|
| JAMES S. ALLEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:11-cv-00181 |
| | ) | |
| VERIZON WIRELESS, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

By agreement of the parties as evidenced by the signature of undersigned counsel, Plaintiff James S. Alley, Jr. and Defendant Verizon Wireless stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party agrees to bear his/its own costs and expenses.

**APPROVED FOR ENTRY:**


s/Beecher A. Bartlett, Jr., with permission
E.H. Rayson (BPR #001948)
Beecher A. Bartlett, Jr. (BPR #10198)
Adam G. Russell (BPR #27505)
Kramer Rayson, LLP
P.O. Box 629
Knoxville, TN 37901
865-525-5134

Attorneys for Plaintiff

s/Catherine H. Molloy
Andrew S. Naylor (BPR #17128)
Catherine H. Molloy (BPR #026877)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
P. O. Box 198966
Nashville, TN  37219-8966
615-244-6380
615-244-6804 (fax)
andy.naylor@wallerlaw.com
katie.molloy@wallerlaw.com

Attorneys for Verizon Wireless

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> E.H. Rayson
> Beecher A. Bartlett, Jr.
> Adam G. Russell
> Kramer Rayson, LLP
> P.O. Box 629
> Knoxville, TN 37901

s/Catherine H. Molloy